IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 11-716 |
| : | |
| ERIC CRUZ : | |

**O R D E R**

**AND NOW**, this **13th** day of **October, 2021**, it is hereby **ORDERED** that the Defendant's motion pursuant to Federal Rule of Civil Procedure 60 (ECF No. 60), the Defendant's supplemental motion pursuant to Federal Rule of Civil Procedure 60 (ECF No. 65), and the Defendant's motion to stay are (ECF No. 74) are **DENIED**.

**AND IT IS SO ORDERED**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**